IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANTZ BERNARD, et al., | : |
| **Plaintiffs** | : |
| v. | : 3:09-CV-00525 |
| | : (JUDGE MARIANI) |
| EAST STROUDSBURG UNIVERSITY, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, THIS 14th DAY OF APRIL 2014, upon consideration of University Defendants' Motion to Strike Or, In the Alternative, to Object to Facts Not Supported By Admissible Evidence Pursuant to Fed.R.C.P. 56(c)(2), (Doc. 121), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** the University Defendants' motion is **DENIED**.

Robert D. Mariani
United States District Court Judge