IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANTZ BERNARD, et al., | : |
| Plaintiffs | : |
| v. | :   3:09-CV-00525 |
| | :   (JUDGE MARIANI) |
| EAST STROUDSBURG UNIVERSITY, et al., | : |
| Defendants | : |

## ORDER

AND NOW, THIS __14th__ DAY OF APRIL 2014, upon consideration of Defendants', East Stroudsburg University, Robert J. Dillman, Kenneth Borland and Victoria L. Sanders, (University Defendants) Motion for Summary Judgment on Counts I, II, III, and IV (Doc. 93), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** the University Defendants' motion is **GRANTED**.

Judgment is **HEREBY** accordingly entered **IN FAVOR OF DEFENDANTS**, East Stroudsburg University, Robert J. Dillman, Kenneth Borland and Victoria L. Sanders and **AGAINST PLAINTIFFS**, Frantz Bernard, Anthony Ross, and Timotheus Homas.

_____
Robert D. Mariani
United States District Court Judge