IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANTZ BERNARD, et al.,

    Plaintiffs

v.                                  3:09-CV-00525
                                   (JUDGE MARIANI)
EAST STROUDSBURG
UNIVERSITY, et al.,

    Defendants

## ORDER

AND NOW, THIS 14th DAY OF APRIL 2014, upon consideration of Isaac Sanders' Second Motion for Summary Judgment on Counts II and III (Doc. 128), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** the Isaac Sanders' motion is **GRANTED IN PART AND DENIED IN PART**, to wit:

1. The motion is **DENIED** as to Count II (42 U.S.C. § 1983) of Plaintiffs' Second Amended Complaint.

2. The motion is **GRANTED** as to Count III (42 U.S.C. § 1985 conspiracy) of Plaintiffs' Second Amended Complaint.

3. The case will be scheduled for trial on Count II.

Robert D. Mariani
United States District Court Judge