IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANTZ BERNARD, et al.,

    Plaintiffs

v.      3:09-CV-00525
     (JUDGE MARIANI)

EAST STROUDSBURG
UNIVERSITY, et al.,

    Defendants

## ORDER

AND NOW, THIS 18th DAY OF AUGUST 2014, upon consideration of Plaintiffs', Frantz Bernard, Anthony Ross, and Timotheus Homas, Motion to "Alter or Amend the Judgment Entered in Favor of Defendants East Stroudsburg University, Robert Dillman, and Victoria Sanders", **IT IS HEREBY ORDERED THAT** Plaintiffs' motion (Doc. 145) is **DENIED**.

Robert D. Mariani
United States District Court Judge