IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANTZ BERNARD, et al., :
:
    **Plaintiffs** :
:
v. : 3:09-CV-00525
: (JUDGE MARIANI)
EAST STROUDSBURG :
UNIVERSITY, et al., :
:
    **Defendants** :

## ORDER

**AND NOW, THIS 24TH DAY OF FEBRUARY, 2016,** upon consideration of "Plaintiffs' Rule 59 Motion for a New Trial or Amending a Judgment" (Doc. 220), **IT IS HEREBY ORDERED THAT** Plaintiffs' motion (Doc. 220) is **DENIED**.

Robert D. Mariani
United States District Court Judge