IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANTZ BERNARD, et al., :
:
    **Plaintiffs** :
:
v. : 3:09-CV-00525
: (JUDGE MARIANI)
EAST STROUDSBURG :
UNIVERSITY, et al., :
:
    **Defendants** :

## ORDER

**AND NOW, THIS 9th DAY OF JANUARY, 2017**, upon consideration of Plaintiffs' "Motion for Relief from a Judgment and Order and to Correct the Record" (Doc. 278) and all related documents, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' "Motion for Relief from a Judgment and Order and to Correct the Record" (Doc. 278) is **DENIED.**

2. Notwithstanding the Court's denial of Plaintiffs' Motion, for the reasons set forth in the Court's accompanying memorandum opinion, a sealed copy of the full reports by Jeffrey B. Miceli, Esq. dated September 26, 2008 and February 26, 2009 which were provided to the Court by Attorney Abrams attached to a letter dated October 3, 2014 (*see* Doc. 291-1, Ex. B) and were relied upon by this Court in its ruling on Defendants' motion in limine to preclude Plaintiffs from using or referring to the

Outside Counsel Reports, may be filed of record in this action **as of October 3, 2014**.

3. Plaintiffs shall file under seal the full PASSHE Report within **7 days** of the date of this Order. The docket shall be modified to reflect that the Report was of record as of October 3, 2014.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge